[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-16755
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 24, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 02-00122-CR-T-24EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALBERT TERRILL JONES,
a.k.a. Berto,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 24, 2009)

Before BLACK, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Albert Terrell Jones appeals his sentence of imprisonment for 243 months,

which was imposed after the district court reduced Jones's original sentence of imprisonment of 300 months for his drug crimes. 18 U.S.C. § 3582(c)(2). The district court sentenced Jones within the amended guideline range, but Jones requested a further reduction of his sentence. We affirm.

The district court was not required to grant Jones a greater reduction of sentence. Jones argues that the record is insufficient to determine whether the district court applied United States v. Booker, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), but Booker does not apply to sentence reductions under section 3582(c)(2). See United States v. Melvin, 556 F.3d 1190, 1191–93 (11th Cir. 2009) (per curiam); United States Sentencing Guideline § 1B1.10(b)(2)(A) (Mar. 2008). Jones also argues that the district court failed to consider the sentencing factors, but the record establishes that the district court considered the sentencing factors.

Jones's modified sentence is **AFFIRMED**.